UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Arnoldo CERVANTES-Gutierrez<br>AKA: ARRENDO, Jose<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Case No. '08 MJ 1748<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **October 31, 2007**, within the Southern District of California, defendant, **CERVANTES-Gutierrez, Arnoldo (aka: ARRENDO, Jose),** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

---
SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration Enforcement Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **June 2008.**

---
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On October 31, 2007, the defendant identified as, **CERVANTES-Gutierrez, Arnoldo (aka: ARRENDO, Jose)**, was arrested by Officers of the Chula Vista Police Department, Chula Vista, California. The defendant was placed under arrest for violation of the California Penal Code 488/666 Petty Theft with Prior PT/GT Burglary and booked into the Chula Vista City Jail, Chula Vista, California. While in the custody of city jail, an Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On June 3, 2008 the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **CERVANTES-Gutierrez, Arnoldo, (aka: ARRENDO, Jose)** has been ordered removed from the United States by an Immigration Judge on or about September 25, 1985 and removed to Mexico, via the Calexico, California, Port of Entry on September 25, 1985. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **CERVANTES-Gutierrez, Arnoldo (aka: ARRENDO, Jose)**, a citizen and national of Mexico.